IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

OLGA GREZNEV,

      Appellant,

v.

VALERIY GREZNEV,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1280

Opinion filed May 15, 2015.

An appeal from an order of the Circuit Court for Okaloosa County.
Mary Polson, Judge.

Olga Greznev, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      DISMISSED.  See Wetherington v. Minch, 637 So. 2d 967 (Fla. 5th DCA 1994) (dismissing appeal as untimely where "the amended final judgment did not materially change the original final judgment and therefore did not restart the time to bring an appeal).

WOLF, ROWE, and SWANSON, JJ., CONCUR.